In the Matter of the Probate of the Will of DANIEL B. LEARY, Deceased. MABEL O. LEARY et al., Appellants; ADELLE H. LAND, Respondent.

Argued June 1, 1948; decided October 14, 1948.

*Henry A. Lytle* for motion.
*Abraham Roth* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.